IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHIRLEY HOMLER )   )   No. 3-10-1154 | |
| v. ) | |
| ) | |
| MERCK SHARP & DOHME CORP. ) | |

O R D E R

On March 25, 2011, the defendant filed a motion to stay. No response has been filed, indicating that there is no opposition to the motion. See Local Rule 7.01(b).

Therefore, the motion to stay (Docket Entry No. 11) is GRANTED, and all proceedings in this case are STAYED pending the ruling by the Panel on MultiDistrict Litigation, except that counsel for the parties shall convene a telephone conference call with the Court on **Friday, April 22, 2011, at 2:00 p.m.,** to be initiated by defendant's counsel, to address whether any objections have been filed with the MDL to the defendant's motion to establish an MDL proceeding, and the expected time frame within which the MDL is expected to rule on the defendant's motion.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge