IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SHIRLEY HOMLER | ) | |
| | ) | No. 3-10-1154 |
| v. | ) | |
| | ) | |
| MERCK SHARP & DOHME CORP. | ) | |

O R D E R

Pursuant to the order entered April 18, 2011 (Docket Entry No. 13), counsel for the parties called the Court on April 22, 2011, at which time they advised that of the 40 cases in which the defendant has sought establishment of an MDL proceeding, plaintiffs in three of those cases, including this case, have filed oppositions, although one of the three cases involves approximately 100 plaintiffs. A hearing is scheduled on May 16, 2011, and the parties anticipate a ruling within approximately 45 days thereafter.

Counsel shall advise the Court when a ruling is made on the motion to establish an MDL proceeding. If the Court has not heard from counsel or the MDL by August 1, 2011, a further conference call will be scheduled to address the status of the MDL proceedings.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge