IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SHIRLEY HOMLER            )
                          )   No. 3-10-1154
v.                        )
                          )
MERCK SHARP & DOHME CORP. )

O R D E R

By order entered May 23, 2011, and docketed in this Court on May 24, 2011 (Docket Entry No. 15), the Judicial Panel on MultiDistrict Litigation ordered that this case be transferred to the District of New Jersey.

As a result, the case management conference, scheduled by order entered January 19, 2011 (Docket Entry No. 10), on June 10, 2011, is CANCELLED.[1]

The Clerk is directed to forward the file in this case to the Honorable John T. Nixon for entry of an order transferring this case to the District of New Jersey.[2]

Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] It is the Court's understanding that the parties had anticipated rescheduling the June 10, 2011, case management conference to June 24, 2011.

[2] By orders entered January 19, 2011 (Docket Entry Nos. 9-10), the pretrial conference and trial were scheduled on October 5, 2012, and October 16, 2012, respectively.