IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHIRLEY HOMLER, | ) |
| *Plaintiff,* | ) ) ) Case No. 3:10-cv-01154 |
| v. | ) Judge Nixon ) Magistrate Judge Griffin |
| MERCK SHARP & DOHME CORP., | ) ) JURY DEMAND |
| *Defendant.* | ) ) |

## ORDER

On May 23, 2011, the Judicial Panel on Multidistrict Litigation entered a Transfer Order transferring this case to the District of New Jersey, and on May 24, 2011, the Clerk of this Court received a copy of the Transfer Order. (Doc. No. 15.) For the reasons stated in the Transfer Order, and pursuant to 28 U.S.C. § 1407, I hereby **TRANSFER** this case to the District of New Jersey, and it is, with the consent of that court, assigned to the Honorable Garrett E. Brown, Jr.

It is so ORDERED.

Entered this ___27th___ day of May, 2011.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT